1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant United States Attorneys
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700

5   Attorneys for the United States



**FILED**

MAR 2 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:12-CV-00709-MCE-DAD

12          Plaintiff,                 ORDER REGARDING CLERK'S
                                       ISSUANCE OF WARRANT FOR
13      v.                             ARREST OF ARTICLES *IN REM*

14  2003 CHEVROLET SILVERADO VIN:
    1GCHK23153F187976,
15
            Defendant.
16

17

18          WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on March 21, 2012,

19  in the United States District Court for the Eastern District of California, alleging that the defendant

20  2003 Chevrolet Silverado VIN: 1GCHK23153F187976 (hereafter "defendant property") is subject to

21  forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21

22  U.S.C. §§ 841 et seq.;

23          And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem*

24  and the affidavit of Federal Bureau of Investigation Special Agent Andrew D. Forristel, there is

25  probable cause to believe that the defendant property so described constitutes property that is subject

26  to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of

27  ///

28  ///

1

Order Regarding Clerk's Issuance of Warrant for
Arrest of Articles *In Rem*

1  Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or

2  Maritime Claims and Asset Forfeiture Actions;

3        IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern

4  District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant property.

5

6  Dated: 3-21-2012

7                                          EDMUND F. BRENNAN
                                           United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Order Regarding Clerk's Issuance of Warrant for
Arrest of Articles *In Rem*