BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cv-00709 MCE DAD |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| 2003 CHEVROLET SILVERADO VIN: 1GCHK23153F187976 | |
| Defendant, | |

The United States of America, Plaintiff herein, applies for an order of publication as follows

    1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2.    Local Rule 171 , Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.    The defendant 2003 Chevrolet Silverado VIN  GCHK23153F187976 (hereafter "defendant property") was seized on Forest Service Road 33N47/Soldier Creek Road on Federal Land, in Shasta County, California.  The Federal Bureau of

Investigation published notice on December 2, 9, and 16, 2012, in the *Wall Street Journal.*

    4.      Plaintiff proposes that publication be made as follows:

        a.      One publication;

        b.      Thirty (30) consecutive days;

        c.      On the official internet government forfeiture site www.forfeiture.gov;

        d.      The publication is to include the following:

            (1)      The Court and case number of the action;

            (2)      The date of the seizure/posting;

            (3)      The identity and/or description of the property seized/posted;

            (4)      The name and address of the attorney for the Plaintiff;

            (5)      A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)      A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

///

///

///

///

///

///

///

///

///

///

Application and Order for Publication

and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 3/21/2012                                BENJAMIN B. WAGNER
                                               United States Attorney


                                               /s/ Kevin C. Khasigian
                                               KEVIN  C. KHASIGIAN
                                               Assistant U.S. Attorney


                                        ORDER

IT IS SO ORDERED

Dated: March 23, 2012

                                        _Dale A. Drozd_____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE


DDAD1\orders.civil
U.S. v. 2003 Chevrolet Silverado0709.pub.ord.

3