1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                 2:12-cv-00709 MCE DAD

12              Plaintiff,                    **APPLICATION AND ORDER
                                             FOR PUBLICATION**
13      v.

14 2003 CHEVROLET SILVERADO VIN:
   1GCHK23153F187976
15
               Defendant,
16

17

18      The United States of America, Plaintiff herein, applies for an order of

19 publication as follows

20      1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

21 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

22 Plaintiff shall cause public notice of the action to be given in a newspaper of general

23 circulation or on the official internet government forfeiture site;

24      2.      Local Rule 171 , Eastern District of California, provides that the Court

25 shall designate by order the appropriate newspaper or other vehicle for publication;

26      3.      The defendant 2003 Chevrolet Silverado VIN  GCHK23153F187976

27 (hereafter "defendant property") was seized on Forest Service Road 33N47/Soldier

28 Creek Road on Federal Land, in Shasta County, California.  The Federal Bureau of

                                    1
                                                    Application and Order for Publication

Investigation published notice on December 2, 9, and 16, 2012, in the *Wall Street Journal.*

    4.    Plaintiff proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site www.forfeiture.gov;

    d.    The publication is to include the following:

    (1)    The Court and case number of the action;

    (2)    The date of the seizure/posting;

    (3)    The identity and/or description of the property seized/posted;

    (4)    The name and address of the attorney for the Plaintiff;

    (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

///
///
///
///
///
///
///
///
///
///

Application and Order for Publication

and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 3/21/2012

BENJAMIN B. WAGNER
United States Attorney


/s/ Kevin C. Khasigian
KEVIN  C. KHASIGIAN
Assistant U.S. Attorney


ORDER

IT IS SO ORDERED

Dated: March 23, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil
U.S. v. 2003 Chevrolet Silverado0709.pub.ord.

3