1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700


**FILED**
APR 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2003 CHEVROLET SILVERADO VIN: 1GCHK23153F187976, MONTANA LICENSE: 1346126,<br><br>    Defendant. | 2:12-CV-00709-MCE-DAD<br><br>*AMENDED* ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, an *Amended* Verified Complaint for Forfeiture *In Rem* has been filed on April 12, 2012, in the United States District Court for the Eastern District of California, alleging that the defendant 2003 Chevrolet Silverado VIN: 1GCHK23153F187976, Montana License: 1346126, (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4)[1] for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the *Amended* Verified Complaint for Forfeiture *In Rem* and the affidavit of Federal Bureau of Investigation Special Agent Andrew D. Forristel, there is probable cause to believe that the defendant vehicle so described constitutes property that is

---

[1] The Verified Complaint for Forfeiture *In Rem*, filed on March 21, 2012, used an incorrect forfeiture statute. The correct statute provision is 21 U.S.C. § 881(a)(4) not 21 U.S.C. § 881(a)(6). The original complaint did not include the license number for the subject vehicle. This *amended* order is issued to correct those errors.

1

1  subject to forfeiture for such violation(s), and that grounds for the issuance of an *Amended* Warrant
2  for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for
3  Admiralty or Maritime Claims and Asset Forfeiture Actions;
4      IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
5  District of California, shall issue an *Amended* Warrant for Arrest of Articles *In Rem* for the
6  defendant vehicle.

8  Dated: 4-12-2012

    EDMUND F. BRENNAN
    United States Magistrate Judge

*Amended* Order Regarding Clerk's Issuance of
Warrant for Arrest of Articles *In Rem*