BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>2003 CHEVROLET SILVERADO VIN: 1GCHK23153F187976, MONTANA LICENSE: 1346126,<br><br>       Defendant. | 2:12-CV-00709-MCE-DAD<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JUNE 22, 2012 TO AUGUST 17, 2012; ORDER |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from June 22, 2012 to August 17, 2012.

**Introduction**

On March 21, 2012, the United States filed a civil forfeiture complaint against a 2003 Chevrolet Silverado, VIN: 1GCHK23153F187976, Montana License: 1346126, based on its involvement in federal drug law violations.  On April 12, 2012, the United States filed the first amended complaint in the matter, containing the same factual allegations against the defendant vehicle.  Particularly, the amended complaint avers that on October 19, 2011 the defendant vehicle was used, or intended to be used, to

transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of marijuana in violation of 21 U.S.C. § 881.

To date, no party has filed a claim or answer in the case. The United States has provided mail service to all known potential claimants and is attempting personal service on several of those who received mail notice. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on April 24, 2012, and ran for 30 consecutive days. Under Rule 5(a)(ii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions a person who was not served with the complaint, but who sees the published notice of forfeiture, has 60 days from the first date of publication to file a claim to the property. The time to file a claim for potential claimants in this category is June 23, 2012.

## **Good Cause**

There is good cause to extend the deadline to file a joint status report in this case from June 22, 2012 to August 17, 2012.

To date, the United States has diligently pursued its forfeiture case against the defendant property and attempted to notice all known potential claimants as required by the Supplemental Rules governing forfeiture cases. However, given the filing of the amended complaint and the remote locations of several of the potential claimants, additional time is needed to complete personal service. Moreover, the publication period has not run.

The extension of time will allow the publication period to run, thus providing notice to potential claimants who were not personally served or mailed a service package. It will further allow the United States to complete the personal service of several of the potential claimants.

Whereas the extension of time will allow the publication period to run and provide the United States additional time to complete personal service. And whereas the extension of time will allow all potential claimants to enter the case and jointly

participate in drafting the Joint Status Report.  There is good cause to extend the deadline to file a joint status report in this case from June 22, 2012 to August 17, 2012, or to extend the deadline to file a joint status report to a date the Court deems acceptable.

Dated:   6/20/2012                                              BENJAMIN B. WAGNER
                                                                                United States Attorney

By  /s/ Kevin C. Khasigian
      KEVIN C. KHASIGIAN
      Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a joint status report in this case is extended from June 22, 2012, to August 17, 2012.

IT IS SO ORDERED.

Dated:  June 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

United States' Request to  Extend the Deadline to Submit JSR; Order