BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>2003 CHEVROLET SILVERADO VIN: 1GCHK23153F187976, MONTANA LICENSE: 1346216,<br><br>          Defendant. | 2:12-CV-00709-MCE-DAD<br><br>FINDINGS AND RECOMMENDATIONS |

      This matter is before the Honorable Judge Dale A. Drozd on the United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant vehicle to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

    1.    This action arose out of a Verified Complaint for Forfeiture *In Rem* filed March 21, 2012.

    2.    The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Joseph Levi Brown, Chad Lee Mahan, and Lee Marvin Mahan.

/////

     3.     The United States has shown that a complaint for forfeiture was filed; that potential claimants Joseph Levi Brown, Chad Lee Mahan, and Lee Marvin Mahan, received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

     Therefore, IT IS RECOMMENDED as follows:

     4.     That Joseph Levi Brown, Chad Lee Mahan, and Lee Marvin Mahan be held in default,

     5.     That the United States' motion for default judgment and final judgment of forfeiture be granted;

     6.     That judgment by default be entered against any right, title, or interest of potential claimants Joseph Levi Brown, Chad Lee Mahan, and Lee Marvin Mahan in the defendant vehicle referenced in the above caption;

     7.     That a final judgment be entered, forfeiting all right, title, and interest in the defendant vehicle to the United States, to be disposed of according to law.

     8.     That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr., and filed by the Clerk of the Court.

Dated: August 20, 2012

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
U.S. v. 2003 Chevrolet Silverado0709.mdj.f&rs.docx