BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00709-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM AUGUST 17, 2012 TO OCTOBER 17, 2012; ORDER |
| 2003 CHEVROLET SILVERADO VIN: 1GCHK23153F187976, MONTANA LICENSE: 1346216, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from August 17, 2012 to October 17, 2012.

**Introduction**

On March 21, 2012, the United States filed a civil forfeiture complaint against a 2003 Chevrolet Silverado VIN: 1GCHK23153F187976 ("defendant vehicle") based on its involvement in federal drug law violations. All known potential claimants to the defendant vehicle were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public

notice on the official internet government forfeiture site, www.forfeiture.gov, began on April 24, 2012, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Good Cause**

There is good cause to extend the deadline to file a joint status report in this case from August 17, 2012 to October 17, 2012.  The United States has provided notice to potential claimants pursuant to law and, no party having appeared in the case, requested clerk's defaults of certain individuals with a potential interest in the defendant vehicle on August 6, 2012.[1]   Rule 55(a) defaults were entered against these individuals on August 8, 2012.  The United States filed a Motion for Default Judgment on August 15, 2012.

Whereas the United States provided notice of the forfeiture complaint and no party has filed a claim, nor sought an extension of time to comply with the statutory deadlines, or otherwise asserted an interest in this litigation.  And whereas Rule 55(a) defaults were entered against those individuals with a potential interest in the defendant vehicle, and the United States has filed its motion for default judgment and final judgment of forfeiture to conclude the case, the United States requests that this Court continue the joint status report currently scheduled for August 17, 2012, pending the resolution of the United States' motion for default judgment and final judgment of forfeiture.  For these reasons, the United States seeks to extend the deadline to file a

///
///
///
///
///

---

[1] Specifically, the United States requested the Clerk of Court enter the defaults of Lee Marvin Mahan, Chad Lee Mahan, and Joseph Levi Brown.  ECF No. 15.

joint status report in this case from August 17, 2012 to October 17, 2012, or to extend the deadline to file a joint status report to a date the Court deems acceptable

Dated: 8/16/2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## ORDER

Pursuant to Plaintiffs' request and good cause appearing, the Court makes the following order:

The deadline to submit a joint status report is continued from August 17, 2012 to October 17, 2012.

IT IS SO ORDERED.

Dated:  August 21, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE