IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2003 CHEVROLET SILVERADO VIN: 1GCHK23153F187976, MONTANA LICENSE: 1346216,<br><br>Defendant. | No. 2:12-CV-00709-MCE-DAD<br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

This matter came before the Honorable Magistrate Judge Dale A. Drozd on the United States' ex parte motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant vehicle to oppose the United States' motion.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  Based on the Magistrate Judge's Findings and Recommendations (ECF No. 19) and the files and records of the Court, it is:

ORDERED, ADJUDGED, AND DECREED:

1.  The Magistrate Judge's Findings and Recommendations (ECF No. 19) are adopted herein.

2.  Joseph Levi Brown, Chad Lee Mahan, and Lee Marvin Mahan are held in default.

3.  A judgment by default is hereby entered against any right, title, or interest of

1

1 | Joseph Levi Brown, Chad Lee Mahan, and Lee Marvin Mahan in the defendant vehicle
2 | referenced in the above caption.

3 |     4.    A final judgment of forfeiture is hereby entered, forfeiting all right, title, and
4 | interest in the defendant vehicle to the United States, to be disposed of according to law.

5 |     5.    All parties shall bear their own costs and attorney's fees.

Dated: October 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2